UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| NELLO JAMES FRANCIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-240-ART |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ROBERT MARSHALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the memorandum opinion and order entered on February 2, 2010, R. 38, and the memorandum opinion and order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

(1) **JUDGMENT** is entered in favor of the defendants, Robert Marshall and the Floyd County Fiscal Court, as to all claims other than Francis's claim for wrongful discharge under state law against Marshall in his individual capacity.

(2) Francis's claim for wrongful discharge under state law against Marshall in his individual capacity is **DISMISSED WITHOUT PREJUDICE**.

(3) This matter is **DISMISSED** and **STRICKEN** form the Court's docket.

(4)     This is a **FINAL** and **APPEALABLE** judgment, and there is no just cause for delay.

This the 14th day of October, 2010.

Signed By:
*Amul R. Thapar*  AT
United States District Judge